IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| IN RE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF PEN REGISTERS AND TRAP AND TRACE DEVICES | Case No. MJ 20-14-N<br><br>Filed Under Seal |
|---|---|

## MOTION TO EXTEND TIME UNDER SEAL

COMES NOW the United States, by and through its attorney, the United States Attorney for the Southern District of Alabama, and files this motion requesting an extension of time before the investigation into this matter is unsealed. This matter is still under active investigation by the United States, and unsealing said matter would be detrimental to the on-going investigation, inasmuch as premature unsealing could alert the targets of the investigation of the fact and nature of the ongoing investigation, affording them an opportunity to alter or destroy evidence, notify confederates, change patterns of behavior, or flee. The United States therefore requests that the sealing of the Order, and other associated documents all be sealed for ninety (90) days. Should the investigation or need for sealing continue beyond this date, or should unsealing the matter be appropriate prior to the expiration of the ninety (90) days, the United States will submit an additional motion.

WHEREFORE, the United States moves the Court to keep the above-captioned matter under seal until January 30, 2021.

        Respectfully Submitted,

        RICHARD M. MOORE
        UNITED STATES ATTORNEY
        By:

        */s/ Luis F. Peral*
        Luis F. Peral
        Assistant United States Attorney
        United States Attorney's Office
        63 South Royal Street, Suite 600
        Mobile, Alabama 36602
        Telephone: (251) 441-5845